Christopher Angelo BURKE, Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA, State Government; Virginia State Board of Corrections, Advisory/Consultant; Gene Johnson, Director (V.D.O.C.); Mr. Mahon, Warden–H.C.C.; D. Smith, Assistant Warden–H.C.C.; Mr. Davis, Warden–M.C.C.; Mr. Goode, Counselor–M.C.C.; Elen L. Doe, Central Classification Case Manager; Mrs. Cox, Treatment Manager–H.C.C.; Ms. Howard, Counselor–H.C.C.; Mr. Gerst, Treatment Manager–M.C.C., Defendants–Appellees.

No. 06–7346.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Dec. 1, 2006.

Christopher Angelo Burke, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Angelo Burke appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Burke v. Virginia,* No. 2:06–cv–00105–RBS (E.D.Va. June 2 & July 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*